*Second Submission

RECEIVED

APR 28 2020

FORM TO BE USED BY A PRISONER IN FILING A CIVIL RIGHTS COMPLAINT_____M
WILLIAM T. WALSH CLERK

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY

mr. Allen Dupree Garrett                          COMPLAINT

(Enter above the full name of the plaintiff in this action)

V.                                         Civil Action No. _____

Capt. of Camden Co. Corr. Fac.  et. Al        (To be supplied by the Clerk of the Court)

Governor of the State of New Jersey et Al,

(Enter the full name of the defendant of defendants in this action)

## INSTRUCTIONS; READ CAREFULLY

1.    This complaint must be legibly handwritten or typewritten, signed by the plaintiff and   subscribed to under penalty of perjury as being true and correct.  All questions must be answered concisely in the proper space on the form.  Where more space is needed to answer any question, attach a separate sheet.

2.    In accordance with Rule 8 of the Federal Rules of Civil Procedure, the complaint should contain (1) a short and plain statement of the grounds upon which the court's jurisdiction depends, (2) a short plain statement of the claim showing that you are entitled to relief, and (3) a demand for judgment for the relief which you seek.

3.    You must provide the full name of each defendant or defendants and where they can be found.

4.    You must send the original and one copy of the complaint to the Clerk of the District Court.  You must also send one additional copy of the complaint for each defendant to the Clerk. Do not send the complaint directly to the defendants.

5.    Upon receipt of a fee of $400.00 (a filing fee of $350.00, and an administrative fee of   $50.00), your complaint will be filed.  You will be responsible for service of a separate summons and copy of the complaint on each defendant.  See Rule 4, Federal Rule of Civil Procedure.

6.   If you cannot prepay the $400.00 fee, you may request permission to proceed in forma pauperis in accordance with the procedures set forth in the application to proceed in forma pauperis.  See 28 U.S.C. §1915.  (If there is more than one plaintiff, each plaintiff must separately request permission to proceed in forma pauperis.)

7.   If you are given permission to proceed in forma pauperis, the $50.00 Administrative Fee will not be assessed.  The Clerk will prepare and issue a copy of the summons for each defendant.  The copies of summonses and the copies of the complaint which you have submitted will be forwarded by the Clerk to the United States Marshal, who is responsible for service.  The Marshal has USM-285 forms you must complete so that the Marshal can locate and serve each defendant.  If the forms are sent to you, you must complete them in full and return the forms to the Marshal.

## QUESTIONS TO BE ANSWERED

1a.   Jurisdiction is asserted pursuant to (CHECK ONE)

☑   42 U.S.C. §1983 (applies to state prisoners)

____   Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics, 403 U.S. 388 (1971) and 28 U.S.C. § 1331 (applies to federal prisoners)

If you want to assert jurisdiction under different or additional statutes, list these below:

_____

1b.   Indicate whether you are a prisoner or other confined person as follows:

☑ Pretrial detainee

___ Civilly-committed detainee

___ Immigration detainee

___ Convicted and sentenced state prisoner

___ Convicted and sentenced federal prisoner

___ Other: (please explain)_____

2.    Previously Dismissed Federal Civil Actions or Appeals

If you are proceeding in forma pauperis, list each civil action or appeal you have brought in a federal court while you were incarcerated or detained in any facility, that was dismissed as frivolous or malicious, or for failure to state a claim upon which relief may be granted. Please note that a prisoner who has on three or more prior occasions, while detained in any facility, brought an action or appeal in a federal court that was dismissed as frivolous or malicious, or for failure to state a claim upon which relief may be granted, will be denied in forma pauperis status unless that prisoner is under imminent danger of serious physical injury. See 28 U.S.C. § 1915(g).

a.    Parties to previous lawsuit:

Plaintiff(s): _____

_____

Defendant(s):_____

_____

b.    Court and docket number:_____

c.    Grounds for dismissal: ( )    frivolous    ( ) malicious

( )    failure to state a claim upon which relief may be granted

d.    Approximate date of filing lawsuit:_____

e.    Approximate date of disposition:_____

If there is more than one civil action or appeal, describe the additional civil actions or appeals using this same format on separate sheets.

3.    Place of Present Confinement? Camden County Correctional facility Camden New Jersey

4.    Parties

(In item (a) below, place your name in the first blank and place your present address in the second blank. Do the same for additional Plaintiffs, if any.)

a.    Name of plaintiff: Allen Dupree Garrett

Address: 330 Federal Street

Inmate#: #43662 89

b.  First defendant:

Name: Phil murphy

Official position: Govenor of the

Place of employment: State of New Jersey

How is this person involved in the case?

(i.e., what are you alleging that this person did or did not do that violated your constitutional rights?)

Negligence - (Closed Courts) Bell v. Wolfish 99 Sct 1861 fifth Amendment violation = Statewide Emergency - The executive power ; The Govenor is vested by under 1953 N.J. Laws 438-34 with broad powers to cope with an Emergence and "equally", to avoid or protect against any Emergency

c.  Second defendant:

Name: Rebecca Franceschini #9

Official position: Captain

Place of employment: Camden Co. Correctional Facility

How is this person involved in the case?

(i.e., what are you alleging that this person did or did not do that violated your constitutional rights?)

Eighth Amendment violation Natale v. Camden city Corr. facility 318 f3d 575,58 In Farmer v. Brennan 114 Sct 1970 the officials knows of and disregard an excessive risk to inmate health or safety.

d.  If there are more than two defendants, attach a separate sheet. For each defendant specify: (1) name, (2) official position, (3) place of employment, and (4) involvement of the defendant.

5.  I previously have sought informal or formal relief from the appropriate
    administrative officials regarding the acts complained of in the
    Statement of Claims on page 6.

    √ Yes      ___No   (See Attachment)

    If your answer is "Yes," briefly describe the steps taken, including how
    relief was sought, from whom you sought relief, and the results.

    ① Hon. Judge E 7. McBride Jr. (No Action taken) Prejudicial Error
    ② Pre- indictment Delay united States v. Scott 98 S.ct 2187,
    State v. Golotta 354 N.J. Super 477 (No Action taken)

    If your answer is "No," briefly explain why administrative remedies
    were not exhausted.

6.  Statement of Claims

    (State here as briefly as possible the facts of your case. Describe how
    each defendant violated your rights, giving dates and places. If you do
    not specify how each defendant violated your rights and the date(s)
    and place of the violations, your complaint may be dismissed. Include
    also the names of other persons who are involved, including dates and
    places. Do not give any legal arguments or cite any cases or statutes.
    If you intend to allege a number of related claims, number and set
    forth each claim in a separate paragraph. Use as much space as you
    need. Attach a separate sheet if necessary.)

    28 USC 1915(G) under imminent danger of serious physical injury,
    42 USC 1983 under Leamer V. Fauver 288 f.3d 532, 540 (3d cir 2002)
    Attack on the conditions of confinement cognizable only in extreme case
    Ali v. Gibson 572 f.3d 971 and Woodall v. Federal Bureau of Prisons
    432 f.3d 235 (3d cir 2005)
    County jails were not designed with pandemics in mind. New Jersey jails
    are constructed to handle more persons whether they be detainees or inmates
    Hutto v. Finney 98 S.ct 2565

Alston v. Parker 363 f.3d 229 under Fed R. Civ P. 8(e) (noted).
It is clear that pretrial incarceration # 20-000 746-001
can cause serious mental pain as the accused lives under
a cloud of anxiety, suspicion, and often hostility, generally loses
his job and his ability to gather evidence and contact witness,
and often has his family life disrupted. The Third circuit has stated
that such anxiety in a defendant is one of the evils against which
the Sixth Amendment is designed to protect. The anxiety is certainly more
prejudicial to those persons who are ultimately found to be innocent.
   Irreparable Harm - harm is imminent and probable Anderson 126 f.3d at
164, The virus that causes Covid-19 is the severe acute respiratory
Syndrome Coronavirus 2 also know as Sars-Cov-2 and the covid-19
virus, Covid-19 can be drastically more sever in older individuals.
(Age 45-1974 )June 25th) (Sickened Feb-March 2020 in CCCF,)
including persons with asthma, Lung disease, heart disease, diabetics,
chronic Kidney disease, liver disease, or those whom are immunocompromis
A Detainee is entitled no less a level of medical care than that
required for convicted prisoners by the U.S. const. Amend VIII Atkinson v. Taylor
316 f.3d 257 (3rd cir 2003) Likewise "Covid-19."
   Monell v. Dept of Soc Servs 436 US 658 municipalities were not wholly
Immune from liability under Civil Rights Acts 1871 and could be sued
for all types of relief when execution of a Government Policy inflicted the
injury. 18 USCS 3006 A montgomery v. Pinchak 294 f.3d 492
Appoint Councel Please.
Futhermore, Thakker No 1:20 cv 480 Doc 47 2020 US Dist Lexis 59459 at 21
Judge Jones granted relief directed petitioners immediate release.
   926 B 5. 6th Street Camden N.J. 08103
   Gwen V. City of independence 445 US. 622, 638 (1980) County connot
raise Immunity. citing medical Records Release Info,
                    5 USCS 552 B6  Under FRE 501
                         Quoting 638 f.2d 570 Subpoena Enforced
7.  **Relief**

(State briefly exactly what you want the Court to do for you. Make no
legal arguments. Cite no cases or statutes.)

   Immediate Release  and $100,000,000∞ million dollars.

---

_____
_____
_____
_____
_____
_____
_____
_____

8.    Do you request a jury or non-jury trial? (Check only one)

( ) Jury Trial (✓) Non-Jury Trial

I declare under penalty of perjury that the foregoing is true and correct.

Signed this _2·2_ day of _April_ , 202 0

_mr. allen Dypree Darrett Qro'se_

Signature of plaintiff*

(\*EACH PLAINTIFF NAMED IN THE COMPLAINT MUST SIGN THE COMPLAINT
HERE. ADD ADDITIONAL LINES IF THERE IS MORE THAN ONE PLAINTIFF.
REMEMBER, EACH PLAINTIFF MUST SIGN THE COMPLAINT).

APR 16 2020

SHIPPED APR 16 2020

From:                                                    To:        Date: 4/7/2020
me. Allen Dupree Garrett pro'se              Hon. Judge E.J. McBride
V.                                                   "Prejudicial Error"
State of New Jersey


     Defendant Argues: Under State v. Williams 461 NJ. Super
534 NJ Superior Courts Appellate Division Dec,2 2019.
             Trial court erred in stacking "excludable time
periods" by disregarding pretrial motions that were
for a while, pending at the (time) "same time"
   because under Criminal Justice Reform Act
the excludable time began to run with the eligible
pretrial motion "Filing" date N.J.S.A  2A:162-22
(b)(1)(c) and R. 3:25-(4)(I)(3); the trials courts error
mistakenly allowed the prosecution eighty-two
more days of excludable time than permissible.
Reversed and Remanded.


① Judge Michele M. Fox revoked bail first week of Feb.
2020 with 7 days to appeal A) No Action taken on
Appeal. B) New Judge 2/14/2020 second Appeal for
bail - No action taken.
② Motion of Dismissal upon Delay of Disposition
Hearing of "Neglect". - No Action taken.
③ Request Bail Release or Disposal of matter
cam 20-000746-001.

CC Raquel Destefano esq:                          Sincerely,
                                  Acting: pro'se me. Allen Dupree Garrett

 **OMS** Offender Management System

**Today's Date:** 4/17/2020  15:00

# Accounting Transactions And Balances

| Inmate Name: GARRETT, ALLEN DUPREE | | | Current Balance: $0.00 | Booking # 4366289 | Permanent # 0400110276 |

| Receipt # | Transaction Date/Time | Transaction Type | Transaction # | Withdrawals | Deposits | Cost Recovery Collected | To Cost Recovery | Balance |
|---|---|---|---|---|---|---|---|---|
| **MAIN Inmate Fund** | | | | | | | | |
| 1100340 | 01/30/20  14:46 | CR - User Initial Fee | 2058809 | $35.00 | | | $35.00 CR - User Initial Fee | $0.00 |
| 1132980 | 02/27/20  09:51 | CR - Welfare Pack | 2124342 | $4.00 | | | $4.00 CR - Welfare Pack | $0.00 |
| 1142012 | 03/05/20  12:48 | CR - Undergarments | 2142409 | $4.66 | | | $4.66 CR - Undergarments | $0.00 |
| 1159744 | 03/20/20  11:50 | CR - Undergarments | 2178140 | $5.49 | | | $5.49 CR - Undergarments | $0.00 |
| 1186698 | 04/15/20  10:37 | CR - Welfare Pack | 2233978 | $4.00 | | | $4.00 CR - Welfare Pack | $0.00 |

| Account Type | Current Balance |
|---|---|
| MAIN Inmate Fund | $0.00 |
| **Totals:** | **$0.00** |

| Assigned Cost Recovery | Balance Due |
|---|---|
| CR - User Initial Fee | $35.00 |
| CR - Welfare Pack | $8.00 |
| CR - Undergarments | $10.15 |
| **Totals:** | **$53.15** |

**Available Balance: $0.00**