

Mr. Allen Dupree Garrett
#43662289 CCCF
330 Federal Str.
Camden, NJ. 08103

1-copy to:
3rd Cir Dist Ct
P.O. Box 2797
Camden, N.J. 08101

Petition of Service
CCCF - Law Librarian
mr. Russell Hart
Send Back one Copy

Send to the Following

1-copy to:
Third Cir. Ct. of Appeals
21400 US Court House
601 Market Str.
Phila, P.A. 19106

Dated 5/25/2022
(14th Amd. Viol.)

12 pgs Total

Please Send -

RECEIVED MAY 26 2022

SHIPPED MAY 26 2022

RECEIVED MAY 26 2022
SHIPPED MAY 26 2022

RECEIVED
MAY 31 2022
AT 8:30_____M
WILLIAM T. WALSH
CLERK

Allen Dupree Garrett (pro'se) Plaintiff          5/25/2022 Dated

v.                                               "Fourteenth Amendment Violation's"

Governor Phillip D. Murphy et Al,                Attachments 11 - 12 pgs total.
3rd Cir Dist Ct.* 20 cv05235

"Addendum"

Irreparable Harm based on Covid-19 virus (2020) since there was no vaccine for Covid-19 "Nor were there ("any" see medical records) known Therapeutic Treatments. Inmates Facing lasting Illness 2/2020 ("unto-2021 questionable no cure) or Death. "Fact": 2020.

Adequate measures were not in place to protect from Covid-19 in (CCCF) the detention facilites. "Fact": 2020.

A remedy for unsafe conditions need not await a tragic event, 451 F. Supp 3d 358. Defendants Ignored Conditions of confinement that is likely to cause needless suffering Next week or month or year 98 S.Ct 2565.

Remedy were to remove from Danger- 316 f.3d 257. medical harm (Covid-19 virus) so grave that society will not condone it - 509 US 25, 36. Plaintiff remained detained 1/2020 unto 2022. Defendants chose this course in conscious disregard of an excessive risk to plaintiff health, 352 US 337, 347 Deprived inmates of the minimal civilized measures of life's necessities example: 98 S.ct 2565 - confinement became punitive 468 NJ Super 422, 782 f.2d 1510, 1516.

The Defendants has subjected the Plaintiff mr. Allen Dupree Garrett to a Due process Fourteenth Amendment Violation's 102 S.ct 1148, 91 S.ct 1586, 92 S.ct 1983, 89 S.ct 1820.

Plaintiff Prose Litigant: mr. Allen Dupree Garrett

cir COA
0-2719

*Need not wait*

| | | |
|---|---|---|
| 05/14/2020 | | ***Civil Case Terminated. (dmr) (Entered: 05/15/2020) |
| 05/26/2020 | 16 | Letter from ALLEN DUPREE GARRETT re: Medical File of Blood Pressure. (dmr) (Entered: 05/26/2020) |
| 08/17/2020 | 17 | APPLICATION to proceed IN FORMA PAUPERIS by ALLEN DUPREE GARRETT. (dmr) (Entered: 08/17/2020) |
| 08/18/2020 | | REOPENING CASE: The Clerk is in receipt of the re 17 Application to Proceed IFP filed on 08/17/2020 and hereby reopens the case for review by a Judicial Officer. (dpw) (Entered: 08/18/2020) |
| 08/18/2020 | 18 | Letter from ALLEN DUPREE GARRETT dated 8/12/2020. (dmr) (Entered: 08/18/2020) |
| 08/21/2020 | 19 | NOTICE OF APPEAL by ALLEN DUPREE GARRETT. The Clerk's Office hereby certifies the record and the docket sheet available through ECF to be the certified list in lieu of the record and/or the certified copy of the docket entries. (js) (Entered: 08/21/2020) |
| 08/24/2020 | 20 | USCA Case Number 20-2719 for 19 Notice of Appeal (USCA) filed by ALLEN DUPREE GARRETT. USCA Case Manager Desiree (Document Restricted - Court Only) (ca3dwb, ) (Entered: 08/24/2020) |
| 08/26/2020 | 21 | Memorandum Opinion and Order Directing the Clerk to create a new civil action and close this matter. Signed by Judge Noel L. Hillman on 8/26/20. n.m.(dd, ) (Entered: 08/26/2020) |
| 09/04/2020 | 22 | Letter from ALLEN DUPREE GARRETT. (dmr) (Entered: 09/11/2020) |
| 09/16/2020 | 23 | Letter from ALLEN DUPREE GARRETT re: Notice of Final Order. (dmr) (Entered: 09/16/2020) |
| 09/18/2020 | 24 | OPINION. Signed by Judge Noel L. Hillman on 9/18/2020. (dmr) (Entered: 09/18/2020) |
| 09/18/2020 | 25 | ORDER Dismissing the Complaint with prejudice. Signed by Judge Noel L. Hillman on 9/18/2020. (dmr)(n.m.) (Entered: 09/18/2020) |
| 10/05/2020 | 26 | NOTICE of the Courts by ALLEN DUPREE GARRETT (dmr) (Entered: 10/05/2020) |
| 10/05/2020 | 27 | Letter from ALLEN DUPREE GARRETT re doctrine of unclean hands. (rtm, )(nm) (Entered: 10/05/2020) |
| 11/24/2020 | 28 | NOTICE/ADDENDUM TO AFFIDAVIT IN SUPPORT OF MOTION TO PROCEED IFP by ALLEN DUPREE GARRETT. (js) (Entered: 11/24/2020) |
| 12/11/2020 | 29 | NOTICE of filing error re 28 Notice/Addendum by ALLEN DUPREE GARRETT. (Case number was not provided on Doc. 28 ) (dmr) (Entered: 12/11/2020) |

*Wilcox v. Caldwell*
*2022 US Dist Lexis 27929*

| FACILITY NAME | | MONTH / YEAR 2/20 |
|---|---|---|
| **MEDICATION SHEET & ADMINISTRATION RECORD** | HOUR 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 31 | |

| | |
|---|---|
| 02/25/2020 GARRETT, ALLEN DUPREE  #881340B<br>ACETAMINOPHEN 325MG TAB      END: 03/03/2020<br>TAKE 2 TABLET(S) ORALLY TWO TIMES A DAY AS NEEDED /<br>R. CLEMONS, MD  8124   PRFL      INITIALS ___ | 0930<br>PRN<br>1930<br>Nurse Initials: JV   START 2-25   STOP 3-3 |
| 02/25/2020 GARRETT, ALLEN DUPREE  #881340B<br>GUAIFENESIN 200MG TAB      END: 03/03/2020<br>TAKE 1 TABLET(S) ORALLY TWO TIMES A DAY AS NEEDED /<br>R. CLEMONS, MD  8124   PRFL      INITIALS ___ | 0930<br>PRN<br>1930<br>Nurse Initials: JV   START 2-25   STOP 3-3 |
| 02/25/2020 GARRETT, ALLEN DUPREE  #881340B<br>CHLORPHENIRAMINE 4MG TAB    END: 03/03/2020<br>TAKE 1 TABLET(S) ORALLY TWO TIMES A DAY AS NEEDED /<br>R. CLEMONS, MD  8124   PRFL  WRITTEN  INITIALS ___ | 0930<br>PRN<br>1930<br>Nurse Initials: JV   START 2-25   STOP 3-3 |
| 02/25/2020 GARRETT, ALLEN DUPREE  #881340B<br>AMLODIPINE 5MG TAB       END: 05/25/2020<br>TAKE 1 TABLET(S) ORALLY DAILY /<br>R. CLEMONS, MD  2721   PRFL  WRITTEN  INITIALS KB | 0930<br>Nurse Initials: KB   START 2/25   STOP 5/25 |
| X | Nurse Initials:    START    STOP |
| | Nurse Initials:    START    STOP |

| **MEDICATION SHEET & ADMINISTRATION RECORD** | HOUR 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 31 |
|---|---|

| ALLERGIES | | PHYSICIAN'S NAME | | | |
|---|---|---|---|---|---|
| DIAGNOSES | | NURSE'S SIGNATURE | INITIAL | NURSE'S SIGNATURE | INITIAL |
| PATIENT NAME Garrett Allen Dupree | ID 4366285  DOB 6/25/74  LOC. NO. 55C | | JV | | KB |

DOCUMENTATION CODES =   DC - Discontinued Order   R - Refused   S - Self Administered
                       DO - Dose Omitted          C - Court     NS - No Show
                       H - Medical Hold           LD - Lock Down   O - Other

**FACILITY NAME:** 740 - CAMDEN COUNTY
**PAGE:** 1 of 1
**MONTH / YEAR:** 03/2020

# MEDICATION SHEET & ADMINISTRATION RECORD

| Medication | Hour | Days 1-31 |
|---|---|---|
| ACETAMINOPHEN 325MG TAB / TYLENOL — TAKE 2 TABLET(S) ORALLY TWO TIMES A DAY AS NEEDED — RX 24463348 — ROBIN CLEMONS MD | 0930 / PRN / 1930 | START 02/25/2020 — STOP 03/03/2020 |
| CHLORPHENIRAMINE 4MG TAB — TAKE 1 TABLET(S) ORALLY TWO TIMES A DAY AS NEEDED — RX 24463350 — ROBIN CLEMONS MD | 0930 / PRN / 1930 | START 02/25/2020 — STOP 03/03/2020 |
| GUAIFENESIN 200MG TAB / HYTUSS — TAKE 1 TABLET(S) ORALLY TWO TIMES A DAY AS NEEDED — RX 24463349 — ROBIN CLEMONS MD | 0930 / PRN / 1930 | START 02/26/2020 — STOP 03/03/2020 |
| AMLODIPINE 5MG TAB / NORVASC — TAKE 1 TABLET(S) ORALLY DAILY — RX 24419144 — ROBIN CLEMONS | 0930 | START 01/31/2020 — STOP 04/30/2020 |
| 03/10/2020 GARRETT, ALLEN DUPREE #881340B — ACETAMINOPHEN 325MG TAB — END: 03/24/2020 — TAKE 2 TABLET(S) ORALLY TWO TIMES A DAY AS NEEDED / C. UBAH, NP  8117  PRFL WRITTEN INITIALS G | 0930 / 1930 | START 3/10 — STOP 3/24 |
| 03/10/2020 GARRETT, ALLEN DUPREE #881340B — GUAIFENESIN 200MG TAB — END: 03/17/2020 — TAKE 2 TABLET(S) ORALLY TWO TIMES A DAY / C. UBAH, NP  8117  PRFL WRITTEN INITIALS G | 0930 / 1930 | START 3/10 — STOP 3/17 |

**ALLERGIES:** NKDA
**DIAGNOSES:** 360276
**PATIENT NAME:** GARRETT ALLEN DUPREE
**ID:** 881340B
**DOB:** 06/25/1974
**LOC. NO.:** 855
**PHYSICIAN'S NAME:** ROBIN CLEMONS MD

**DOCUMENTATION CODES =** DC - Discontinued Order / DO - Dose Omitted / H - Medical Hold / R - Refused / C - Court / LD - Lock Down / S - Self Administered / NS - No Show / O - Other

FACILITY NAME CCCF

MONTH / YEAR 9/2020

# MEDICATION SHEET & ADMINISTRATION RECORD

09/21/2020 GARRETT, ALLEN DUPREE #881340B
CHLORPHENIRAMINE 4MG TAB END 09/26/2020
TAKE 1 TABLET(S) ORALLY TWO TIMES A DAY AS NEEDED /
S. ZDANOWSKI NP 2721 PRFL
INITIALS KB

| HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0830 | | | | | | | | | | | | | → | → | → | → | → | → | → | → | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | X | | | | | |
| 1600 | | | | | | | | | | | | | → | → | → | → | → | → | → | → | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | X | | | | | |

Nurse Initials: KB START 9/2 STOP 9/26

Nurse Initials: START STOP

Nurse Initials: START STOP

Nurse Initials: START STOP

Nurse Initials: START STOP

Nurse Initials: START STOP

# MEDICATION SHEET & ADMINISTRATION RECORD

| HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

ALLERGIES: Ø

DIAGNOSES:

PATIENT NAME: Garrett, Allen

ID 4316289 DOB 6/25/74 LOC. NO. 3SC

PHYSICIAN'S NAME:

| NURSE'S SIGNATURE | INITIAL | NURSE'S SIGNATURE | INITIAL |
|---|---|---|---|
| KBRiberger RN | KB | [illegible] | [illegible] |
| | | | |
| | | | |

DOCUMENTATION CODES = DC - Discontinued Order; DO - Dose Omitted; H - Medical Hold; R - Refused; C - Court; LD - Lock Down; S - Self Administered; NS - No Show; O - Other

| FACILITY NAME | | MONTH / YEAR 12/20 |
|---|---|---|
| MEDICATION SHEET & ADMINISTRATION RECORD | HOUR 1-31 | |

| Medication | Hour | Nurse Initials / Start / Stop |
|---|---|---|
| Vitamin C 500mg ī tab po daily | 0830 | Start / Stop |
| MVI ī tab po daily | 0830 | Start / Stop |
| Tylenol 325mg īi tabs po bid prn | 0830 prn / 1600 | Start / Stop |
| Tamiflu 75mg ī cap po bid | 0830 / 1600 | Start 12/3 / Stop 12/7 |
| Surgical mask given. Give new mask (5) days until negative | 0830 | |

GARRETT ALLEN   0   1122   A SPITZNAS
PFN: 4366289   DOB: 8/25/1974
MIRTAZAPINE (REMERON) 30MG   START: 12/22/20   STOP: 02/20/21
2 TABS BY MOUTH EVERY NIGHT AT BEDTIME

1600 — Nurse Initials: KB — START 12/22 — STOP 2/20

MEDICATION SHEET & ADMINISTRATION RECORD   HOUR 1-31

ALLERGIES: ∅
DIAGNOSES:
PATIENT NAME: Garrett Allen Dippel   ID 366289   DOB 6/25/74   LOC NO. 35C
PHYSICIAN'S NAME:
NURSE'S SIGNATURE / INITIAL / NURSE'S SIGNATURE / INITIAL
M. Clayt

DOCUMENTATION CODES =
DC - Discontinued Order   R - Refused   S - Self Administered
DO - Dose Omitted   C - Count   NS - No Show
H - Medical Hold   LD - Lock Down   O - Other

**Camden County Correctional Adult**
330 Federal Street Camden, NJ 08103
Phone:(856) 225-9310

December 21, 2020
Page 1

**ALLEN DUPREE GARRETT** COMMITMENT#: 4366289 SBI#: 881340B 46 Years Old
DOB: 06/25/1974 LOC: 3 SOUTH C 39 02 Gender: Male HLCN: CCCFA

12/07/2020 - Segregation Unit: Special Housing Unit Rounds
Provider: Devin Cunliffe MHS
Location of Care: Camden County Correctional Adult

**Special Housing Unit Rounds**
Was the Special Housing Unit Round Completed? Yes
Comments: mh covid quarantine rounds comepleted. denies si.reports feels more depressed. awaiting psychiatry follow up past due. follow up made urgent.
Code: MH - Mental Health Referral

Electronically signed by Devin Cunliffe MHS on 12/07/2020 at 6:46 PM

NOV 29 2021

Allen Dupree Garrett                              Full Review
#20-12-1031-T                                     Date 9/4/2021

In re "New Jersey Appellate Division, Third Cir. Dist. Ct, Third Cir. Ct. of Appeals: #20-2719 : 21-1651

Decision in the US Dist Ct could not be Appealed to the Third Cir Ct of Appeals because the action is still pending in State Court. Zacharias v. Whalmatv, PLC 345 NJ Super 218   784 A.2d 741 (App Div 2001) (Supports Review)

(#20-2719) "Default Judgment - Demand,"
Garrett v. Murphy 2020 US Dist Lexis 171238
Upon "Election to stand on its motion" for Summary Judgment (Final Order) and its refusal to answer or otherwise plead to Complaint, Judgment should be entered for plaintiff: Hummel v. Wells Petroleum Co. 111 F.2d 883, 43 AM BR (NS) 23 Bankr. L. Rep (CCH) 52458   1940 US App Lexis 3796 (7th Cir 1940)

(#21-1651) Garrett v. Wexford Health  938 F.3d 69
"Should not have been dismissed for Failure to Exhaust Administration Remedies."
Jones v. Bock 549 US 199 (2007), Eliminated the Burden of proof on a prisoner to plead and prove Exhaustion of Administrative remedies.   (Oppose Jurisdictional Defect)

                                                Litigant:
                                    Pro Se mr. Allen Dupree Garrett

CLD-206                                                      June 24, 2021
ALLEN DUPREE GARRETT, Appellant
   VS.
GOVERNOR PHIL MURPHY
**21-1651**

## ORDER

The foregoing appeal is dismissed for lack of appellate jurisdiction. Our jurisdiction is limited generally to reviewing the "final decisions" of district courts. 28 U.S.C. § 1291. Voluntarily dismissal of an action without prejudice — like the dismissal at issue here — is typically not final. See Galaza v. Wolf, 954 F.3d 1267, 1273 (9th Cir. 2020) (Paez, J., concurring in the judgment) (suggesting that a plaintiff's voluntarily dismissal of her remaining claims without prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(i) "will ordinarily not result in a final judgment a plaintiff may appeal"); cf. S.B. v. KinderCare Learning Ctrs., LLC, 815 F.3d 150, 152 (3d Cir. 2016) (stating that a dismissal is not final where the party appealing is a plaintiff who moved for voluntary dismissal under Rule 41(a)(2)); Unioil, Inc. v. E.F. Hutton & Co., Inc., 809 F.2d 548, 555 (9th Cir. 1986) ("To be appealable, an order must be adverse to the appealing party. As a general rule, a plaintiff may not appeal a voluntary dismissal because it is not an involuntary adverse judgment against him."), overruled in part on other grounds by In re Keegan Mgmt. Co., Sec. Litig., 78 F.3d 431, 434-35 (9th Cir. 1996). Although a dismissal without prejudice may be appealed in certain circumstances, such as where the District Court has imposed "unreasonably onerous conditions on the plaintiff's right to refile," where the plaintiff elects to stand on the dismissed complaint, or where the plaintiff's ability to refile is otherwise foreclosed, KinderCare Learning Ctrs., LLC, 815 F.3d at 152 n.1, 152-53, none of those circumstances is present here. In light of this disposition, we do not reach the question whether to grant a certificate of appealability.

By the Court,

s/Anthony J. Scirica
Circuit Judge

Dated: July 15, 2021
cc:    Allen Dupree Garrett
        Kevin J. Hein, Esq.

A True Copy:

Patricia S. Dodszuweit, Clerk
Certified Order Issued in Lieu of Mandate

NOV 2 9 2021

~~Addendum~~ "Addendum"

Third Circuit Court of Appeals

Date 9/20/2020

RECEIVED SEP 16 2021

AUG 3 1 2021
SUPERIOR COURT
OF NEW JERSEY

Plaintiff-(pro'se) mr. Allen Dupree Garrett        #20-2719
v.                                                 42 USC. 1983
Defendant-(Governor) Phil Murphy "et.al."   Personal Injury
#20 cv05235 (NLH)(JS)                              "18 USC 241"

Plaintiff: Right to free exercise and enjoyment of freedom from involuntary servitude and "Slavery" is one protected by 18 USC 241. While clearly two or more persons must conspire for violation of 18 USC 241 - It Is NOT Necessary - in order to convict and punish one Conspirator. United States v. Crum 404 f. Supp 1161 1975 Lexis 15048 (WD PA 1975).

The Supreme Court has also noted that municipal liability may be imposed for a single decision by municipal Policy makers under appropriate circumstances Pembaur v. Cincinnati 106 Sct 1292.

42 USC 1983 is not a source of substantive rights but a vehicle for vindicating rights conferred by the U.S. Constitution or "Federal Statute." 99 Sct 2689 (1979)

(ie) 18 USC 241 Conspiracy against rights if two or more persons conspire to *Injure, *Oppress, or intimidate or *an attempt to Kidnap/kidnapping - Due process of Law - United States v Price 86 S.ct 1152.

Bell v. Wolfish 99 oct 1861 right not to be punish/wished before Grand Jury -
In Explaination. On march 16th 2020 Governor Phil Murphy et.al. Executed an Executive Order #104 which mandates the Closure of New Jersey Courts/"System"
This Policy decision caused infringment upon Plaintiff's Constitutional Rights as a Pre-trial Detainee - detained within the Camden County Correctional Facility of Camden New Jersey from 1/30/2020 til date.

Constitutional rights for which a reasonable person would have KNOWN- Harlow v... Fitzgerald 102 S.ct 2727.

Page: (8) of (10)

(9) of (10)

NOV 29 2021

~~Addendum~~
Third Circuit Court of Appeals

RECEIVED SEP 2021
SUPERIOR COURT NEW JERSEY

Plaintiff (pro se) mr. Allen Dupree Garrett                    # 20-2799
v.
Defendant (Governor) Phil Murphy et.al.                   42 USC 1983
#20cv05235 (NLH)(JS)                                      Personal Injury
(Continuation)                                            "18 USC 241"

Brief Explanation: Fifth Amendment Constitutional Violation conjures the removal of Grand Jury process from the Courts due to Executive Order #104, Sixth Amendment Constitutional Violation is due to Execution of the Fifth Amendment Constitutional Violation - No Function of a Speedy Trial, Fourth Amendment Violation become vital and Detrimental due to Seizure of Persons = Held in Violation of the United States Constitution of America.

Defendant Executive Order #124 is "in-Valid" as such Policy of The Judiciary which has established a New Working Group on "Covid-19 Jury Operations" Work Group "(609) 376-3000 by Hon. Glenn A. Gant J.A.D 9/11/2020.
*Discrimination and Void of Procedural Due Process. The Defendant et.al, is vested under 1953 N.J. Laws to Cope with an Emergency and *Equally to avoid or protect against any Emergency.
Continuing Injury: Such intentional discrimination may be proved either by direct evidence or by circumstantial evidence of a discriminatory motive. 9/11/2020. Notice to Bar by Hon. Glenn A. Gant J.A.D. "Jury Selections and Trials are Scheduled in the First three Counties Bergen 9/21/20, Atlantic 9/28/20 and Cumberland 10/5/20 - "NOTHING" - for Camden County Pretrial Detainee's. Plaintiff detained 1/30/20 till date Unconstitutional.

Page: ( 6 ) of ( 9 )

NOV 29 2021
RECEIVED SEP 10 2021

~~Addendum~~
Third Circuit Court of Appeals

Date 9/20/2020

Plaintiff - (pro'se) mr. Allen Dupree Garrett

Defendant - (Governor) Phil Murphy et, al.
20 cv05235 (NLH)(JS)
(Continuation)

# 20-2719
42 USC 1983
Personal Injury
"18 USC 241"

Overview: Plaintiff (pro'se) mr. Allen Dupree Garrett #4366289 has been detained without probable cause Geness v. Cox 902 F.3d 344 Discrimination and failure to comply with Procedure.

The Plaintiff right to remain at liberty continues until a court pronounces a judgment of Sentence Stevenson v. Carroll 495 f.3d 62 3rd cir 20_

Word Servitude has larger meaning than Slavery and obvious purpose of Thirteenth Amendment is to forbid "all shades and conditions of "African Slavery". Slaughter House cases, 83 US 36, 21 Led 394, 872 US Lexis 1139 (1873).

Plaintiff became Sickened with the likes of Covid-19 Symptoms (see medical records) "Like" is because Plaintiff is not a Doctor - Yet Symptoms are A-Like Denial of Release.

"Punitive and Actual Damages"
Settlement: $100,000,000 °° - one hundred million dollars and Immediate Release. Requesting Judicial Jurisdiction over Defendants negotiation Ladb v. City of Ocean City 833 f.3d 286, 294 (3rd cir 2016) note* Fed. R. 408 makes Inadmissible any Evidence of Negotiations.

Information"
Camden County Correctional Facility
mr. Allen Dupree Garrett #4366289
330 Federal Str.
Camden, N.J. 08102

Litigant Pro'se Plaintiff
mr. Allen Dupree Garrett

cc. Governor Phil Murphy et, al.
Court Clerk - Third Circuit Court of Appeals
Attorney General of New Jersey

🛇 of 🛇

🛇 of 🛇

Allen Dupree Garrett #1246386
Camden County Correctional Facility
330 Federal Street
Camden, NJ 08103

Case 1:20-cv-05235-NLH-JS  Document 38  Filed 05/31/22  Page 14 of 14 PageID: 254

US POSTAGE PITNEY BOWES
ZIP 08102 $ 001.56⁰
02 4W
0000354140 MAY 27 2022

3rd Cir. District
P.O. Box 2797
Camden, New Jersey 08101

RECEIVED
MAY 31 2022
AT 8:30
WILLIAM T. WALSH
CLERK

LEGAL MAIL